1  Eugene T. Franklin [SBN: 124881]
   Barbara F. Green [SBN: 150320]
2  Franklin Employment Law Group
   Attorneys at Law
3  22762 Main Street
   Hayward, California 94541
4  (510) 538-0969

5  Attorneys for Plaintiff
   Kirk Cooper

6

                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| Kirk M. Cooper, | ) | Case No.: C 06-06345 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER CONTINUING THE CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| Alameda Contra Costa County Transit District and Does 1-10, inclusive, | ) | |
| Defendants. | ) | |

Plaintiff Kirk M. Cooper (hereinafter "Plaintiff") and Defendant Alameda Contra Costa County Transit District (hereinafter "Defendant") through their respective counsel, hereby stipulate as follows:

  1. The original case management dates were issued based on the original complaint filed by plaintiff on October 10, 2006;

  2. Plaintiff retained counsel, and counsel filed a first amended complaint on November 29, 2006;

  3. Defendant filed its answer timely on February 27, 2007.

Given that defendant has only recently filed its answer, the parties request that the scheduled March 5, 2007, case management conference be continued to one of the below dates at the convenience of the court:

   April 23th, April 30th, May 7th or June 4.

1  THE PARTIES RESPECTFULLY request that the court continue the March 5, 2007, case
2  management conference to one of the above dates.
3  Dated: March 1, 2007         FRANKLIN EMPLOYMENT LAW GROUP
4                                           /s/
5                               By: _____
                                    Eugene T. Franklin
6                                   Attorney For Plaintiff
7  Dated: March 1, 2007         ALAMEDA-CONTRA COSTS TRANSIT DISTRICT
8
                                            /s/
9                               By: _____
                                    CATHLEEN A. WADHAMS
10                                  Attorney for Defendant
11
                                        **ORDER**
12
       Good cause appearing, IT IS SO ORDERED that the case management conference is herewith
13
   continued to  4/30/2007 at 4:00 p.m.       .
14
15  Dated:  3/2/2007    _____

                                    _____
                                    MARILYN H. PATEL, JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
(United States District Court, Northern District of California seal)

-2-