1  Eugene T. Franklin [SBN: 124881]
   Barbara F. Green [SBN: 150320]
2  Franklin Employment Law Group
   Attorneys at Law
3  22762 Main Street
   Hayward, California 94541
4  (510) 538-0969

5  Attorneys for Plaintiff
   Kirk Cooper
6

7  ALAMEDA CONTRA COSTA TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
8  CATHLEEN A. WADHAMS [SBN 100434]
   1600 Franklin Street, 6th Floor
9  Oakland, California 94612
   (510) 891-4827
10
   Attorneys for Defendant
11 AC Transit

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
   Kirk M. Cooper,                    )  Case No.: C 06-06345 MHP
15                                     )
              Plaintiff,               )  **STIPULATION AND [PROPOSED]**
16                                     )  **ORDER MODIFYING JOINT CASE**
        v.                             )  **MANAGEMENT STATEMENT AND**
17                                     )  **PROPOSED ORDER**
   Alameda Contra Costa County Transit )  **\* AS AMENDED BY COURT**
18 District and Does 1-10, inclusive,  )
                                       )
19            Defendants.              )
                                       )
20                                     )
                                       )
21                                     )

22                     **PROCEDURAL HISTORY**

23         On or about April 12, 2007, the Court referred the Parties to Early Neutral Evaluation

24 ("ENE")and assigned Ms. Greta Schnetzler as the ENE Evaluator.  The parties have conducted two

25 ENE sessions and have essentially agreed upon a settlement of disability retirement for plaintiff.

26 The settlement must be approved by defendant AC Transit's Retirement Board.  The board's

27 approval would entail allowing plaintiff to be reinstated to employee status for a 5-day window for

28 the sole purpose of allowing him to apply for disability retirement as a "current employee." Because

   plaintiff will be reinstated for a brief period, the parties need to coordinate the dates of reinstatement

                                      -1-

and application submission closely, so that plaintiff's application is properly submitted and dated during the reinstatement period. The parties have encountered difficulties in coordinating these dates. Defendant's Retirement Board typically meets once a month. Plaintiff is awaiting receipt of his medical report from his treating physician in order to submit his disability retirement application to the board. Plaintiff's counsel has requested his medical report on several occasions, and it should be received in time for submission to the Retirement Board at the February 2008 meeting.

Counsel for the parties have been and are currently attempting to complete the administrative requirements to finalize the settlement. The parties expect to complete the required administrative action to finalize the settlement by March 1, 2008. The parties request that the current schedule set forth in the Joint Case Management Statement be modified as follows:

1.    Disclose all witnesses by April 30, 2008;

2.    Complete discovery by May 30, 2008;

3.    Complete Expert Discovery by June 30, 2008;

4.    Final pretrial conference July 30, 2008; **AT 2:30 P.M.**

5.    Trial date September 16, 2008. **AT 8:30 A.M.**

6.    File Joint Pretrial conference statement and proposed pretrial order by June 30, 2008

7.    File objections under Civ. L.R. 16(8)(b)(11) by July 15, 2008.

8.    Deadline to hear motions directed to the merits of all or part of the case:

~~April 15, 2008~~. **APRIL 14, 2008 AT 2:00 P.M.**

~~9.    Next case management/status conference: August 31, 2008.~~

THE PARTIES RESPECTFULLY request that the court approve the above modifications.

Dated: January 7, 2008          FRANKLIN EMPLOYMENT LAW GROUP



                                              /s/
                    By: _____
                                   Eugene T. Franklin
                                   Attorney For Plaintiff

Dated: January 7, 2008          ALAMEDA-CONTRA COSTS TRANSIT DISTRICT



                                              /s/
                    By: _____
                                   CATHLEEN A. WADHAMS
                                   Attorney for Defendant

-2-

## ORDER

Good cause appearing, IT IS SO ORDERED that the Parties Stipulation to modify the Joint Case Management Conference Statement and Proposed Order is APPROVED.

Dated: __January 10, 2008_____



_____
MARILYN HALL PATEL
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel