1  Eugene T. Franklin [SBN: 124881]
   Barbara F. Green [SBN: 150320]
2  Franklin Employment Law Group
   Attorneys at Law
3  22762 Main Street
   Hayward, California 94541
4  (510) 538-0969

5  Attorneys for Plaintiff
   Kirk Cooper

6

7  ALAMEDA CONTRA COSTA TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
8  CATHLEEN A. WADHAMS [SBN 100434]
   1600 Franklin Street, 6th Floor
9  Oakland, California 94612
   (510) 891-4827
10
   Attorneys for Defendant
11 AC Transit

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 Kirk M. Cooper,                    )   Case No.: C 06-06345 MHP
                                      )
15        Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER MODIFYING JOINT CASE**
16     v.                             )   **MANAGEMENT STATEMENT AND**
                                      )   **PROPOSED ORDER**
17 Alameda Contra Costa County Transit)
   District and Does 1-10, inclusive, )
18                                    )
          Defendants.                 )
19                                    )
                                      )
20                                    )
                                      )
21                                    )

22                    **PROCEDURAL HISTORY**

23     On or about April 12, 2007, the Court referred the Parties to Early Neutral Evaluation

24 ("ENE") and assigned Ms. Greta Schnetzler as the ENE Evaluator. The parties have conducted two

25 ENE sessions and have essentially agreed upon a settlement of disability retirement for plaintiff.

26 The settlement must be approved by defendant AC Transit's Retirement Board. The Retirement

27 Board's approval would entail allowing plaintiff to be reinstated to employee status for a 5-day

28 window for the sole purpose of allowing him to apply for disability retirement as a "current

employee." Because plaintiff will be reinstated for a brief period, the parties need to coordinate the

-1-

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE STATEMENT**

dates of reinstatement and application submission closely, so that plaintiff's application is properly submitted and dated during the reinstatement period. The parties have encountered difficulties in coordinating these dates. Defendant's Retirement Board typically meets once a month. Since the Court approved counsel's earlier proposed stipulation, Plaintiff provided defendant with a copy of his relevant medical report from his treating physician in order to submit his disability retirement application to the board.

The Parties hoped to have defendant's Retirement Board hear this matter at their last meeting on April 14, 2008; however, the A/C Transit person responsible for returning plaintiff to active employment status failed to do so prior to the April 14, 2008, board meeting. Counsel for the parties continue to work diligently to accomplish the settlement which requires plaintiff's temporary rehire for the purpose of effecting his retirement. Counsel are confident this will be accomplished in the near future.

Because counsel are working on completing the administrative requirements to complete this settlement, counsel request that the current trial scheduled be cancelled and that the Court set this matter for further joint case management in September 2008. Counsel believe that this matter will be settled before that time and a notice of settlement will be filed with the court.

THE PARTIES RESPECTFULLY request that the court approve the above modification.

Dated: April 24, 2008          FRANKLIN EMPLOYMENT LAW GROUP

By: _/s/_____
   Eugene T. Franklin
   Attorney For Plaintiff

Dated: April 24, 2008          ALAMEDA-CONTRA COSTS TRANSIT DISTRICT

By: _/s/_____
   CATHLEEN A. WADHAMS
   Attorney for Defendant

/ / /

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE STATEMENT**

1 **ORDER**

Good cause appearing, IT IS SO ORDERED that the Trial set for September 16, 2008, is cancelled. A Further Joint Case Management Conference is scheduled for September 8, 2008 at 3:00 p.m.

Dated: 4/25/2008



_____
MARILYN HALL PATEL
U. S. DISTRICT JUDGE

-3-

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE STATEMENT**